IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Parks, Samuel

Printed: 11/04/08

Case Number: 08 B 17586
Judge: Goldgar, A. Benjamin
Filed: 7/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 6,000.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 26,000.00 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured | 148.36 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 162.32 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 138.68 | 0.00 |
| 8. | Helvey Associates | Unsecured |  | No Claim Filed |
| 9. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 10. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,449.36 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Parks, Samuel | Case Number:  08 B 17586 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/04/08 | Filed:  7/9/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

            Marilyn O. Marshall, Trustee, by:

